FILED

Omar Johar
15888 Laurel Branch Ct.
Riverside, CA 92503-5582
V: 951-353-1004, F: 951-353-1004
Plaintiff in Pro Per
Joharstar05@yahoo.com

2011 DEC -9 AM 10: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ED CV 11 - 01944 VAP (OP)

|   |   |
|---|---|
| OMAR JOHAR, | Case No.: |
| Plaintiff, | |
| | **COMPLAINT** |
| vs. | |
| | **DEMAND FOR JURY TRIAL** |
| MIDLAND CREDIT MANAGEMENT, INC. | |
| Defendant | |

## Complaint

1.    Plaintiff, Omar Johar, hereby sues Defendant, Midland Credit Management, Inc. and allege:

### Preliminary Statement

2. This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692 et seq, and for damages resulted for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 et seq.

3. This is an action for damages which do not exceed $25,000.

S/21

## Jurisdiction

4. The jurisdiction of this Court is conferred by 15 U.S.C. § 1692k and by 15 U.S.C. § 1681p.

5. The Defendant conduct business in the state of California, and therefore, jurisdiction is established.

## Venue

6. Venue is proper pursuant to 15 U.S.C. § 1692k and 15 U.S.C. § 1681p

7. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

## Parties

8. Plaintiff, Omar Johar, resides at 15888 Laurel Branch Ct. Riverside, CA 92503.

9. Upon information and belief, Defendant, Midland Credit Managment is a California Corporation and conducts business from, 8875 Aero Drive Suite 200 San Diego CA 92123.

## Statement of Facts

10. Plaintiff and Defendant have NO ESTABLISHED BUSINESS RELASTIONSHIP.

11. Defendant has been reporting information on Plaintiff's credit report since November 2005.

12. Defendant has reported on Plaintiff's credit report on a monthly bases continued and increasingly erroneous and fraudulent information with regard to alleged and disputed debts.

13. Plaintiff has suffered greatly as a result of Defendant's continued reporting of erroneous and fraudulent information on Plaintiff's credit report with regard to alleged and disputed debts.

14. Plaintiff's current suffered damages are that Plaintiff can not get a loan as a result of Defendant's reporting of erroneous and fraudulent information on Plaintiff's credit report with regard to alleged and disputed debts.

15. Plaintiff never received ANY correspondence "initial communication" in the form of a dunning letter from Midland Credit Management, Inc.

16. On the 22nd of November, 2011, Plaintiff requested of Defendant validation of the alleged and disputed debts pursuant to the FDCPA 15 U.S.C. § 1692g.

17. Defendant received Debt Validation request letter pursuant to the FDCPA 15 U.S.C. § 1692g from Plaintiff on the 28th of November, 2011 via U.S. certified mail.

18. On the 1st of December, 2011, Defendant contacted Plaintiff to collect on the alleged debts.

19. On the 5th of December, 2011, Defendant contacted Plaintiff to collect on the alleged debts.

20. Defendant to this date has NEVER validated the alleged debts in question according to FDCPA 15 U.S.C. § 1692g.

## Claim 1

### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 U.S.C. § 1692g et seq BY DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.

21. Paragraphs 1 through 20 are realleged as though fully set forth herein.

22. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

23. Defendant MIDLAND CREDIT MANAGEMENT, INC. is a debt collector within the meaning of the FDCPA, 15 U.S.C. § 1692a(6).

24. Defendant has failed to comply with FDCPA 15 U.S.C. § 1692g (a) in not providing the Plaintiff with a dunning letter within 5 days after initial communication with Plaintiff in regard to alleged debts.

25. Defendant continued willful collection activity after receiving request of Debt Validation on the 28th of November, 2011 pursuant to the FDCPA 15 U.S.C. § 1692g and not having provided Plaintiff with validation of the debts in question.

## Claim 2

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 et seq WILLFUL NON-COMPLIANCE BY DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.

26. Paragraphs 1 through 20 are realleged as though fully set forth herein.

27. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

28. MIDLAND CREDIT MANAGEMENT, INC. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

29. Defendant willfully violated the FCRA15 U.S.C. §1681 et seq. Defendant's violations include, but are not limited to, the following:

(a)     Defendant willfully violated the FCRA15 U.S.C. §1681s-2 (a) (1) (a) by Reporting information with actual knowledge of errors.

(b)     Defendant willfully furnished the credit reporting agency inaccurate Information in violation of FCRA15 U.S.C. §1681s-2 (2) (B).

## Request for Relief

WHEREFORE, Plaintiff demands:

30. Judgment for damages against MIDLAND CREDIT MANAGEMENT, INC. for statutory damages, actual damages, punitive damages, and any attorney's fees costs, pursuant to 15 U.S.C. § 1692k. Plaintiff is entitled to statutory damages of $1,000.

31. Judgment for damages against MIDLAND CREDIT MANAGEMENT, INC. for willful noncompliance pursuant to 15 U.S.C. §1681n, statutory damages, actual damages, punitive damages, and any attorney's fees costs, pursuant to 15 U.S.C. §1681n. Plaintiff is entitled to statutory damages of $1,000.

32. Judgment for damages against MIDLAND CREDIT MANAGEMENT, INC. for willful noncompliance pursuant to 15 U.S.C. §1681o, statutory damages, actual damages, punitive damages, and any attorney's fees costs, pursuant to 15 U.S.C. §1681o. Plaintiff is entitled to statutory damages of $1,000.

33. Any further relief which the court my deem appropriate.

## **Demand for Jury Trial**

32. Plaintiff hereby requests a jury trial on all issues so triable as a matter of law.


DATED: December 9, 2011

Omar Johar
In Pro Se

- 5 -
Complaint
Johar vs. Midland Credit Management, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## EDCV11- 1944 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| OMAR JOHAR | MIDLAND CREDIT MANAGEMENT, INC. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| OMAR JOHAR  V: 951-353-1004, F: 951-353-1004 <br> 15888 LAUREL BRANCH CT. <br> RIVERSIDE, CA 92503 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☑ **MONEY DEMANDED IN COMPLAINT: $** 25,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of 15 U.S.C. §1681 et seq, and 15 U.S.C. § 1692 et seq

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number: ED CV 11 - 01944 VAP (OP)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | SAN DIEGO, CALIFORNIA |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 12/9/2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:
OMAR JOHAR (PRO PER)
15888 LAUREL BRANCH Ct.
RIVERSIDE, CA 92503
V: 951-353-1004, F: 951-353-1004
Joharstar05@yahoo.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OMAR JOHAR

PLAINTIFF(S)

v.

MIDLAND CREDIT MANAGEMENT, INC.

DEFENDANT(S).

CASE NUMBER

ED CV 11 - 01944 VAP (OPx)

### SUMMONS

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Omar Johar _____, whose address is 15888 Laurel Branch Ct. Riverside, CA 92503 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: DEC - 9 2011 _____

By ADRIENE MORRIS

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                            SUMMONS